# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund, the Central Pension Fund of the International Union of Operating Engineers and Participating Employers, and Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees,<br><br>   Plaintiffs,<br><br>v.<br><br>Leaf Construction, Inc.; and Mark D. Leaf, individually,<br><br>   Defendants. | Civ. No. 10-3281 (JNE/JJK)<br><br>**ORDER** |

  Based on the Report and Recommendation by United States Magistrate Judge Jeffrey J. Keyes, dated January 4, 2011, with all the files and records, and with no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

  1. Plaintiffs' Motion for Entry of Judgment (Doc. No. 15), is **GRANTED**;

  2. This Court adopts the January 4, 2011 Report and Recommendation; and

  3. Judgment in the amount of $70,053.65 is entered against Defendant Leaf Construction, Inc. in favor of Plaintiffs; and

  4. Judgment in the amount of $34,816.41 of the $70,053.65 is entered against Defendant Mark D. Leaf in favor of Plaintiffs.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 2-23, 2011            s/ Joan N. Ericksen
                   JOAN N. ERICKSEN
                   United States District Court Judge